# United States Bankruptcy Court
## District of Puerto Rico

IN RE:  

**VIERA GARCIA, ALEJANDRO & LOPEZ GONZALEZ, RITA M.**
Debtor(s)

Case No. **12-08756-13**

Chapter **13**

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **2/07/2013**  
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **1,365.00** x **60** = $ **81,900.00**  
$ ____ x ____ = $ ____  
$ ____ x ____ = $ ____  
$ ____ x ____ = $ ____  
$ ____ x ____ = $ ____  

TOTAL: $ **81,900.00**

Additional Payments:  
$ ____ to be paid as a LUMP SUM within ____ with proceeds to come from:  
☐ Sale of Property identified as follows:  
_____  
_____  
☐ Other:  
_____  
_____  

Periodic Payments to be made other than, and in addition to the above:  
$ ____ x ____ = $ ____

PROPOSED BASE: $ **81,900.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,500.00**

Signed: **/s/ ALEJANDRO VIERA GARCIA**  
Debtor

**/s/ RITA M. LOPEZ GONZALEZ**  
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR $ ____  
B. SECURED CLAIMS:  
☐ Debtor represents no secured claims.  
☑ Creditors having secured claims will retain their liens and shall be paid as follows:  
1. ☑ Trustee pays secured ARREARS:  
Cr. **DORAL BANK**     Cr. ____     Cr. ____  
# **6819**     # ____     # ____  
$ **479.36**     $ ____     $ ____  
2. ☑ Trustee pays IN FULL Secured Claims:  
Cr. **POPULAR AUTO**     Cr. ____     Cr. ____  
# **0324-961880777**     # ____     # ____  
$ **2,408.08**     $ ____     $ ____  
3. ☐ Trustee pays VALUE OF COLLATERAL:  
Cr. ____     Cr. ____     Cr. ____  
# ____     # ____     # ____  
$ ____     $ ____     $ ____  
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:  
**GEREN COOP     GERENCOOP**  
5. ☐ Other: _____  

6. ☑ Debtor otherwise maintains regular payments directly to:  
**DORAL BANK**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)  
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.  
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ____  
☐ Paid 100% / ☐ Other: ____  
Cr. ____     Cr. ____     Cr. ____  
# ____     # ____     # ____  
$ ____     $ ____     $ ____  
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)  
1. TRUSTEE WILL PAY ATTORNEY'S FEES BEFORE ANY SECURED CLAIM.  
2. CONFIRMATION OF PLAN CONTITUTES DETERMINATION BAPCPA § 521 REQUIREMENTS HAVE BEEN MET & THAT PLAN & PETITION HAVE BEEN FILED IN GOOD FAITH.  
3. TRUSTEE WILL PAY POPULAR AUTO $70.00 PER MONTH AS ADEQUATE PROTECTION PAYMENTS UNTIL CONFIRMATION OF PLAN.  
4. AUTO INSURANCE WILL BE PROVIDED BY EASTERN AMERICA INSURANCE CO. FOR POPULAR AUTO.  
5. DEBTORS AGREE TO VOLUNTARY LIFT OF STAY IN FAVOR OF BBVA; VEHICLE IS BEEN PAID BY THIRD PARTY. (CLAIM #16 AND CLAIM#17 ARE FROM THE SAME VEHICULE).

Attorney for Debtor **FRANCISCO J. RAMOS GONZALEZ, ESQ.**     Phone: **(787) 764-5134**

AMENDED CHAPTER 13 PAYMENT PLAN